PC SCAN

RECEIVED JKS
4/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at MENARD and E-mailed
4/3/26 by ____ 37 pages
Date      Initials      No.

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS

THOMAS BRITTON,
    Plaintiff,

    V.

C/O ROBINSON, C/O MIMS,
DIV 9 SUPERINTENDENT JOHN OR
JANE DOE, DIV 9 DIRECTOR
JOHN OR JANE DOE, MAINTENANCE
WORKERS DIV 9 - JOHN'S JANE DOE'S
AND TOM DART DIRECTOR OF
COOK COUNTY DEPARTMENT OF
CORRECTIONS,
    DEFENDANT'S, Et al.

CASE #

**1:26-cv-03792**
**Judge Jorge L. Alonso**
**Magistrate Judge Jeannice W. Appenteng**
**PC 4**
**Direct**

INTRODUCTION

THIS is A FEDERAL civil Rights Action, Filed by
THOMAS BRITTON (PRO'Se) A STATE PRISONER FOR
damages (monetary and Punitive) under 42 USC
§ 1983 Alleging denial of medical Attention,
cruel and UNUSUAL Punishment (8th Amendment
violation and deliberate indifferent to Plaintiff
PAIN And SUFFERING, in violation of the UNITED
STATES Constitution,

JurisDiction

This court has Jurisdiction over Plaintiff claims of violations of federal constitutional Rights under 42 USC § 1331 (1) And 1343.

This court has supplemental jurisdiction over the Plaintiffs STATE LAW tort under USC § 1367

(1)     PARTies

(2) Defendant c/o Robinson is an D.O.C Employee, And At all Relevant times, was AN OFFicer At cook county Jail (D.O.C) Acting under color of LAW, Defendant Robinson is being sued in her individual capacity,

3) Defendant c/o mims is an D.o.c Employee, And at all Relevant times, was AN officer At Cook county Jail (D.0.c) Acting under color of LAW, Defendant mims is being sued in his individual capacity,

4) Defendant Div 9 superintendant JoHN or Jane Doe is A D.O.C cook county Jail Employee, At All Relevant times was and

Authority supervisor At Cook County Department OF Corrections Acting under color of law, Defendant superintendent JOHN or JANe Doe is being sued in his official and Individu Capacities,

5) Defendant Div 9 Director JOHN or JANe Doe is AN D.O.C employee, And At All Relevant times was the Director of Div 9 (D.O.C) Acting under Color of law, Defendant JOHN or JANe Doo is being sued in his or her official and Individual Capacities,

6) Defendant Maintenance Repair workers JOHN or JANe Doe's is Employees of D.O.C, And At All Relevant times was AN Employee of Div 9 Facility management Acting under the color of law, These Defendant's Are being sued in their individual capacities,

7) Defendant Tom DART is the Department of Corrections (D.O.C) Cook County Jail Head Authoritive Figure, He is in charge of the entire (DOC) And at All Relevant times was and the Director of (DOC), Acting under color of law, Defendant Tom DART is being sued in his official & individual capacities,

8) <u>PLAINTIFF</u>

9) PLAINTIFF THomas BRiTToN At All Relevant times, was a detainee at Cook County Jail (D.O.C) housed At Division 9 located within Cook County Jail, And is within this Judicial District in chicago Illinois,

10) <u>FACTS</u>

11) ON NovembeR 7th 2025 i was Remanded into D.OC cook county Jail custody by the Honorable Judge NATASHA Toll , whom Remanded Plaintiff for Resentencing,

12) I WAS taken to Division 9 Tier 3G A MAXimum Security housing,

13) while i was living on 3G Tier iN Div 9 my cell #3287 was A corner cell that All the Detainee's And correctional officers working in Division 9 Knew only that those Corner cells get cold And Stay cold unbearablely FReezing,

14) AS Soon As i Arrived inside the cell 3287 i could Feel the cold Air From

both the temperature inside the cell and not to mention the fact the vent was blowing ice cold Air,

15) The inside the cells were freezing cold but the outside on the Tier 36 was warm and Temperature Adequate for the season, it was winter time outside,

16) A couple of days in November were well above freezing temperatures so the vents were blasting even colder air than it did when i first arrived,

17) Once the temperature outside drop down to under 32 degrees Freezing the cell's became Like a freezer and the wall's and the ceilings began to rain water down upon my head & body All night,

18) Cell 3287 i believe had a crack in the ceiling and or Roof because me & my cell mate continously had to take turns whyping the wall's down to keep them dry as well as use towels that we purchased off of commissary to soak up the water that would build up in just A few hours

onto the floor,

19) I informed c/o Robinson who was the 5 day a week Regular c/o on 7 to 3 shift that our cell 3287 had a leak and water was falling down off the ceiling onto my head and all my sheets and blanket was getting wet and becoming mildewed,

20) c/o Robinson came and saw for herself that my sheets and blanket was mildewed and wet, She also felt the extreme cold that was pouring out of my cell when the door was opened up but still she didn't move Plaintiff out of that cell that was causing Plaintiff harm physically and mentally,

21) Plaintiff next spoke with c/o mims about my dire situation and again showed c/o mims how cold the cell was and then showed him my sheets and blanket,

22) Plaintiff ask c/o mims to move him out of cell 3287 as soon as possible but was told that he couldn't do that but what he would do was get me and celly a

extra blanket,

23) After Recieving the extra blanket c/o mims saw with his own eyes that the water would constantly leak off the ceiling so i asked him if i could send my sheets and blankets down to get washed to keep them clean & dry and prevent mold from forming and getting me or my cellmate sick and c/o mims agreed since he couldn't or wouldn't get me an extra bed Roll,

24) I spoke with c/o Robinson and explained that she needed to move us out of that cell because it was only getting colder and the water was becoming to much to deal with but nothing was done all thru the Rest of November and half of December,

25) It wasn't until after i wrote my first grievance that c/o Robinson and c/o mims starting Reporting to their Higher Authority that cell 3287 was unlivable and the vents had to be Reopened because there was "No" Heat coming out of the vents,

26) AT this time December 8TH 2025 A Fire was set in Another part of the building Division 9 building And because of that Fire we were told that All the vent's were being closed to stop the spread of the Fire and or smoke,

27) THis lasted For 2 weeks until the entire Tier 3 G started complaining that the cells And the Tier was not livable and to cold,

28) In the month of December on or About 18 thru the end A woman came Around going From cell to cell with A camara phone taking Pictures of peoples cell's, so when she come to my cell 3287 she saw the ceiling's, wall's, wet Floor drentched sheet's And blankets And she commented that A person could small the mildew small strongly,

29) After she took pictures of everythin including my bed And the bottom of my bed under the bunk that was soaked in water i Asked her how could i Access the Pictures she stated i would

have to have A Judge to order the county to Release them or File A LawsuiT,

30) I continued to complain to c/o mims And c/o RobiNson And After awhile the washing of our sheets And blankets was Refused because i had started to write grievances, Exhibit's (A) (B) (C) (D) (E) And (F)

31) when i got sick i told the NuRse that i Needed cold medication And i wanted to see A Doctor because i was living inside of AN icebox, i was told to Fill out A Request For medical Attention Form And i did but was NeveR called or seen For my serious medical condition

32) ON December 17 2025 i wRote A grievance on Tom DARt but this grievance was Refused by c/o RobiNson, she stated that No Lieutenant or sergeant wanted to sign off on that grievance And that they were tired of hearing About how cold it is on the tier or in the cell's,

33) I was threathen by c/o RobiNson And other JOHN & JANe Doe c/o's that iF i

continued to complain and write grievances that i would be placed on one of the Tier that was called the trenches, I took this as a threat to my safety,

34) Between mid December and around Christmas day i saw two men walking around looking inside of cell's, I asked who they were and explained to them that my cell 3287 was freezing cold and water was running off the wall's, on the floor and wetting my sheets and blanket's up,

35) Once the Latino man stated "I am the Director and this man is the superintendant i was assured that our cell would be fixed and the heat would be turned on within 24 hours,

36) I again stressed to these two man that i would'nt want to stay inside of cell 3287 because even the c/os say thes corner cells get cold regardless,

37) I was refused the move to another cell or Tier that had better living conditions and wasn't in violation of

my Right to be Free From Cruel and Unusual Punishment A 8th Amendment violation,

38) These two C/O's Defendant C/O mim's, Defendant C/O Robinson And Defendant's Superintendant And the Director John Does were Deliberate indifferent to A serious medical need and the protection From serious harm which they all were obligated to do And had the authority to do,

39) Again in the beginning of January 2026 these same two Defendant's the John Doe superintendant and John Doe Director made Rounds on 3 G Tier Again, I again explained my discomfort of being on 3 G Tier because everything they both Defendant's claim would be Fixed Never gotten Fixed NOR did any maintenance workers come to my cell 3287 And ask me or my cellie any questions or Attempted to Fix anything,

40) I was Assured Again that the heat would be Fixed And someone would come to Fix the leak in the ceiling to stop the water Running down the wall And dropping onto my head & body All Night,

41) I was transfered From Cook County (D.O.C.) on january 22ND 2026 And I week before i was transfered the Heat was cut on, on Tier 3 G in Division 9,

42) By then i had been sick two different times, And mentally And Physically & had been exhausted complaining About my Right to have Adequate bedding, Adequate Heat in the winter time, A dry space to do my legal work in, to eat my Food in without the smell of mildew,

43) I had spoken to both men the Director And the superintendant And iF they were truely the people they claim to be then they were deliberate indifferent to my pain And suffering And turned A blind eye to my cruel and unusual punishment

44) Defendant's John or Jane Doe mainte-
nance workers never came to fix plaintiffs
cell leaving plaintiff with a leaking ceiling
water running onto the floor and
water dripping off the ceiling all day and
night onto my bed, face and body
leaving my mattress and sheets and blanket
wet and mildewing.

45) Plaintiff dealt with these violations
for months with no relief until
plaintiff was transfered back to I Doc
(NRc) did plaintiff get rid of his cold
and was able to sleep.

46) The maintenance workers were tasked
with fixing the heat and stopping the
leak in my cell 3287 on 3 G Tier but
for whatever the reason they never showed
to do their job.

47) If you are to believe the superintendant,
and Director stating that the maintenance
workers were notified but never showed
up to do their Job's then the main-
tenance workers were deliberate indiff-
erent to plaintiff living conditions,

48) Exhibit (E) proves that the maintenance workers were Allegedly Notified by the Responding STAFF signed = MORRis And was Directed to come to my cell 3287 And Fix whatever the problem was but Again the Defendants Never showed,

49) Defendant TOM DART is the Head Authoritive Figure who Runs the entire cook county Jail And All the Divisions inside of the Department of corrections, And i believe his official title is sheriff of (D.O.C),

50) Defendant TOM DART Allows a pattern, Practice And directs his c/o sheriffs that work inside of cook county Jail And are denying Detainee's the proper medical treatment And in violations of their Rights of deliberate indifference And cruel And unusual punishment An (8th Amendment) violation,

51) Defendants c/o sheriff's Are in Violation of Plaintiff's constitutional Right's thats gANRuntaed to him by the united STAtes constitution And the Illinois constitution

extended thru the Cook County Rules and Regulations that PRETRIAL detainees And correctional STAFF C/o's Are suppose to follow As well,

52) Defendant TOM DART was notified that Not only 3G Tier in Division 9 was freezing cold but the entire Division 9 Tiers And Decks And cells were in violation of A serious Risk of harm to Plaintiff but Defendant TOM DART chose to turn A blind eye For months before someone did Anything about it,

53) This was deliberate indifferent to A violation in Plaintiff's Living condition And caused unnecessary pain And suffering to Plaintiff's Physical And mental stabilities,

54) The misconduct described in this complaint was objectively unreasonable And was undertaken intentionally, with malice, And or with Reckless indifference to Plaintiff Rights,

## PRAYER FOR RELIEF

Wherefore, Plaintiff THOMAS BRITTON demands Judgment Against Defendants And Relief, including;

A) Compensatory damages against all Defendants for emotional distress, pain and suffering, and actual and direct losses Plaintiff has incurred and will incur as a Result of Defendants' Actions and or inactions, The amount to be proven at trial, together with pre-Judgment interest and costs;

B) An Award of punitive damages against each Defendant to punish each Defendant's wrongful conduct and deter Future wrongful conduct;

C) And any other Relief the Court deems Appropriate,

## JURY Demand

55) Plaintiff Demands a Jury Trial on All Claims.

DAted MARch 22nd 2026

Respectfully submitted,

[S] Thomas Britton
THomAs BRitton #B-62376
P.O BoX 1000
MeNARd, IL 62259

Declaration under Federal Rule of
Civil Procedure 11

I certify that to the best of my Knowledge
And belief, that this complaint is in
Full complaince with Rule 11 (A) And 11 (b)
oF the Federal Rules oF Civil Procedure.
THe undersigned Also Recognizes that
Failure to comply with Rule 11 may
Result in sanctions,

Signed; 3-22-26                    [S] Thomas Britton

                                   THomAs BRitton
                                   B-62376

1) Parties:
   Plaintiff: Thomas Britton

   Defendants: William, et. Al

2) Name of Court: United States District Court
   Northern District of Illinois, Eastern Division

3) Docket # 1:16-cv-11180

4) Judge Name: Jorge L. Alonso

5) Type of Case: Civil complaint 1983

6) Disposition of Case: Reached Settlement

7) Date of Filing: January 13, 2017

8) Date of Judgment: Around April 2018

9) N/A

) Parties:

Plaintiff(s) THOMAS BRITTON

Defendant's: C/O Zematis

2) Court: United States District Court, Northern District of Illinois, Eastern division

3) Docket # 1:17-cv-06250

4) Judge Name: Honorable Jorge L. Alonso

5) Type of Case: 1983 Civil Complaint

6) Disposition: Reached Settlement

7) Date of Filing: October 6, 2017

8) date of disposition: 2018 in April

9) N/A

1) PLAINTIFF: THomas Britton

DeFendants: TARRY Williams

2) NAME OF COURT: UNited STATes District Court
Northern District of Illinois
Eastern Division

3) Docket # 1-15-CV-06964

4) Judge Name: Honorable Judge, Jorge L. Alonso

5) Type OF Case: 1983 civil Complaint

6) Disposition OF Case: Reached Settlement

7) Date OF Filing: IN 2015 oF

8) date OF disposition: Around ~~APRIL~~ August OF 2015 August 7

9) N/A

Parties:

1) Plaintiff(s) THOMAS BRITTON

   Defendant(s) WARDEN Melvin

2) Court: United States District court, Central District
   of Illinois

3) 20-CV-1032   JBM

4) Judge Name: Don't Remember

5) Type of case: 1983 civil Complaint

6) Disposition of case: Reached settlement

7) date of Filing: Amended Complaint Filed   5/24/21

8) date of disposition: Around 2023 July or August

9) Was the case dismissed: Reached settlement

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes  ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): THOMAS BRiHON

Defendant(s): O'BRiaN et. al.

2.    Court (if federal court, name of the district; if state court, name of the county): UNitad STATes Court of Appeals    Central District,

3.    Docket number: 20-cv-1166

4.    Name of Judge to whom case was assigned: KAREN L. McNaught    Magistrate Judge

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): 1983 civil Action

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): Defendants granted Summary Judgment,

Rev. 10/3/19

Parties:

1) Thomas Britton (Plaintiff)

2) Defendants Loera Et. al

3) # 3-24-cv-02360-SPm

4) Honorable Judge: Stephen P. Mc Glynn

5) Type of case: 1983 civil complaint
(Excessive Force)

6) Disposition of case: Still Pending

7) date of Filing: in 2024 i believe Septembe

8) Still pending

## AFFidAViT

I Thomas Britton swear under perjury penalty that every Fact contained in this 1983 civil Petition is true And Accurate to the best oF my Knowledge, belief And understanding,

    sI Thomas Britton
    THomas Britton
    B-62376
    P.O Box 1000
    MeNARd, IL 62259

    MARch 22nd 2026



# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

*Exhibit (A)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

### ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF    *(! Para ser llenado solo por el personal de IIC Services !)*

☑ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| BRITTON | THOMAS | 2025-1107157 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 3 G - 3287 | 12-8-25 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CL (Correctional Liaison).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Enlace Correccional (EC/CL).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11-27-25 | 9:00pm | Cell # 3287 | Maintenance worker CO's name? C/O Robinson |

I have been housed in Div 9 in cell 3287 since coming to the CCJ since Div 9 on Nov 7 '25 from Maywood C. Center. Since it has become cold outside my cell 3287 has been extremely cold. Robinson is the law that being housed in this cell is a violation of my constitutional Right to adequate heat which none blow out the vent period. There is cold air blowing out the vent in my cell. C/o Robinson he placed a work order in to Remedy the situation and closed mines has given no. I am not the extra blankets it is too Air. It is extremely cold and I have gotten sick because there is no heat. Also the water is coiling cold water all night & day! there is —

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
| | Thomas Britton |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CL or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| | | |

| CL NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
|---|---|---|
| | | |

N-62) (DEC 24)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CL)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual in Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|

- ☑ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(#de identificación)* |
|---|---|---|
| BRITTON | THOMAS | 2021107151 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 3G | 12-14-25 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CL (Correctional Liaison)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Enlace Correccional (EC/CL).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12-14-25 | morning medicals and all day | DIV 1 3G No medications | medical crew Health |

ON 12-14-25 I was told no had [...] onto [...]
[...] that it could send nurse [...]
was told [...] there could botton [...]
there was told h t the in Clindio told me that there will be
no medication p[...] out on 2till h t I have no back or [...]
in a whole 24 hours! my back is in extreme pain i dont [...]
take Gabapentin a Nurse medicat[...] that i not have or
be in extreme pain I need my medications [...]

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia):* |
|---|---|
| | Thomas Britton |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CL or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| Lut Lipfe | | 12-14-25 |

| CL NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
|---|---|---|
| | | |

(FCN-62) (DEC 24)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CL)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

Exhibit (C)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT # |
|---|---|
| 2025 X 17133 | 0068451 |

**PRINT: CRW LAST NAME**
HAYES

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING ID # : |
|---|---|---|
| Britton | Thomas | 20251107159 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 71 - Facilities Repair (heating/cooling ventilation)

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ):** Facilities Management

**DATE REFERRED:** 12 / 12 / 25

### RESPONSE BY PERSONNEL HANDLING REFERRAL

↑ Please See attachment

| PERSONNEL RESPONDING TO GRIEVANCE (! Print !): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| J. MORRISON | J. Morri | | 12 / 16 / 25 |

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Thomas Britton | 12 / 31 / 2025 |

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL ( *Solicitud de apelación del individuo* )

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 12 / 31 / 25

To exhaust & No Relief

Right margin: TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes    (No)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response Stands

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): | SIGNATURE (Firma): | DATE (Fecha): 7 / 26 |
|---|---|---|

| Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. *(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)* | DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* 07 / 26 |
|---|---|

(FCN-89)(AUG 22)    **(WHITE COPY** – IIC SERVICES)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☑ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| BRITTON | THOMAS | 2025 1107159 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 3G | 1-1-2026 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CL (Correctional Liaison).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso Incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiéncias disciplinarias para los Individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Enlace Correccional (EC/CL).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

ON 12-31-25 At First shift medline 3G did not Recieve Any medication pass out, Also on 12-31-25 on night medication out 3G did not Recieve any medication. Also on 1-1-2026 morning medication pass out 3G did not Recieve Any medication pass out T live on 3G For 3 consecutive medications pass out (NURse med line) have ___ non medications. I take paint And anxinty meds. I ___ Gabapentin a ___ pill me And 10 mgs of busspar ___ anxious. I am in extreme pain in my lower ___

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody : *(Individuo bajo costodia):* |
|---|---|
| | Thomas Britton |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CL or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| | | |

| CL NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
|---|---|---|
| | | |

(FCN-62) (DEC 24)  **(WHITE COPY – IIC SERVICES DEPT.)**  **(YELLOW COPY – CL)**  **(PINK COPY – INDIVIDUAL IN CUSTODY)**

Exhibit (L)

## I.I.C. Grievance Number
Número de Queja del Individual bajo Custodia

**2025** x **1 7 1 3 3**

**Individuals in custody should always 1ˢᵗ immediately notify divisional staff of his/her issue prior to submitting a grievance form so that the alleged issue can be addressed in an appropriate and timely manner.**

Los individuos bajo custodia siempre deben primero notificar inmediatamente al personal de la división sobre su problema antes de someter un formulario de queja para que el presunto problema se pueda abordar de manera adecuada y oportuna.

**Individuals in custody may choose to notify divisional staff by using an Individual-in-Custody (I.I.C.) Request Form**

Los individuos bajo custodia pueden elegir notificar al personal de la división a través del uso de un Formulario de Solicitud del Individuo bajo Custodia (I.I.C.) o informando el presunto problema a esta línea de teléfono que ha sido designada al 773-916-6280.

**R/staff member cannot substantiate or deny I.I.C.'s allegation at this time; however, a facility work order has been generated. Please allow sufficient time for an assigned DFM facility staff member to respond.**

El miembro del personal que reporta no puede confirmar o negar la acusación del I.I.C. (Individuo bajo Custodia) en este momento; sin embargo, se ha generado una orden de trabajo. Por favor permita suficiente tiempo para que pueda responder un miembro del personal asignado al DFM.

(w/o#: **1 2 7 0 8 9 4** ).

_____
Responding Staff Member's Signature

12 / 16 / 25
Date

EXHIBIT (F)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual in Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☒ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| BRITTON | THOMAS | 2025 1107 159 |
| **DIVISION** *(División):* 9 | **LIVING UNIT** *(Unidad):* 3G | **DATE** *(Fecha):* 12-17-25 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CL (Correctional Liaison)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Enlace Correccional (EC/CL).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| December 14 2025 | 24 hour lockdown | Div 9 3G | Tom Dart / Div 9 superintendent |

I am writing this grievance in Accordance with the Right to be Free From Cruel & unusual Punishment (8th) Amendment and Deliberate indifference. We were held inside our cell's on Div 9 3G And was told by Div 9 c/o's 7 to 3 shift & 3 til 11 shift that we were on lockdown because " It was not enough c/o's to let us out! This is a violation of our constitutional right to have Dayroom, use the Phone, take A shower & escape the Freezing temperatures on the cell's which we Are confined to Already in violation of our 8th Amendment Right! The cells Are to cold to be housed in let Alone Kept in for 24 hours Straight! This was And is torture by Tom Dart, Div 9 Superintendent.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia):* Thomas Britton |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CL or CORRECTIONAL SUPERVISOR NAME (Print): | SIGNATURE: | DATE RECIEVED by STAFF: |
|---|---|---|
| | | |
| CL NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-62) (DEC 24)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CL)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)